

# Memorandum

| Subject | Date |
|---|---|
| UNSEALING | February 2, 2026 |
| U.S. v. ANDREW WATSON; 8:26CR13 | |

| To | From |
|---|---|
| CLERK, U.S. DISTRICT COURT<br>DISTRICT OF NEBRASKA | AUSA Jody B. Mullis |

Be advised that the above-named Defendant is now in custody. You may now unseal as follows, pursuant to Fed. R. Crim. P. 6(e)(4):

☒ Unseal the Indictment and any underlying Magistrate Judge case

☐ Unseal the Magistrate Judge case

☐ Unseal the Indictment but the underlying Complaint and Affidavit should remain **Restricted**

☐ Unseal the Magistrate Judge case but the underlying Complaint and Affidavit should remain **Restricted**